**No. 46009.**—Protest 17344–K of Pacific Chemical Laboratories (San Francisco).

Opinion by KEEFE, J. No evidence was offered in support of the claim made. The protest was therefore overruled.